Chambers Judge John Gleeson

United States District Court
Eastern District Court of New York
United States Court House
United States Federal Court of Claims
225 CADman Plaza East
Brooklyn New York, New York 11201

Social Security Claim number redacted (4850)

Herman Carlee McMillian
Plaintiff #90T5238

Against

New York Department of Correction Superintendent Harold Graham Correction Officers John Does 1 through 10, Correctional Guard Daniel Walters, District attorney Robert Thomas Johnson

Defendant's

Civil Complaint
28 U.S.C. §§ 1983

ORIGINAL
CV 16 02205
RECEIVED
APR 13 2016
PRO SE OFFICE
CHEN, J.
GO, M.J.

on or about Jan 28, 2016 - 10:45 AM The Guard Daniel Walters ran upon to my cell an Attacked me I absolutely did not Fight Back because of my CPL Article 730.20 Subdivision (I This is Judicial Evidence) it shows apresses there is no reasonable cause for the court to beleive McMillian ~~committed~~ committed the Charged Felony, and it shows that I am innocent of the crime New York State accused me of ~~[illegible]~~ and Erroneously convicted me of December 5, 1990. And I am not looking for a new Charge For attacking any person. And the Fact that I don't need (more trouble) the correction Department is denying me medical Attention The Keep my lights out ~~a~~ full of the time.

2

They refuse to wash my claths I must wash them my self.

This looks like a case like Jon Burge case case in Chicago. However at one point I did not have the proper name for my attacker in time the State District attorney provided me the proper name for me which is Daniel Walters.

When I was assaulted by Correction officer Daniel Walters in relation and regard to the CPL Article 730.30 Subdivision (1), number one (1) it proves two Material facts: for purpose of Judicial Evidence that mc Millian is not a violent dangerous incapacitated criminal person.

How on the other hand it shows and proves that mc Millian was assaulted By correction officer Daniel Walters. Why is not the question. The question is did this officer ASSAULT mc Millian?, like unto Jon Burge Captian Commander in Chicago Who had his men under his Command torture confession from Black African American suspects in Chicago, AND Jon Burge was found Guilty of lieing about about torture. He aver sad Jon Burge Was fired from the Force and did federal time in prison While being

To establish requisite probability that A Constitutio-nal Violations has resulted in the conviction of one who is actually innocent A habeas cor

released from a Half-way house in Chicago in 2013. Why did this Correction officer assault me?

I can only think of torture!! Because the officer keep saying that McMillian is guilty as charge.

There [crossed out] several reasons, Why this officer Ran up into the cell and attacked McMillian.

The question is, is this a violation of the law, of McMillian's constitutional rights, results A fifth amendment violation.

What I understood is that this happened

On or about 10:15 Thursday morning I was attacked in auburn Correctional Facility. I was attacked by Corrections officer Daniel Walters because He brought this paper sent by the Department of Parole And I took the fifth amendment in front of the Parole Board so I am not even doing parole because one must pusue parole. And I have not pusued parole because I pleaded innocence in the trial court and innocence in front of the parole Board and in front of the entire quasi Administration.

I did not pursue good time. I do not want or expect any good time because I pleaded innocence in front of the Judge and the Parole Board. Yet they the Department send me all of these Papers from parole. I throw them away.

Officer Daniel Walters Brought Papers sent to me by Parole saying that I was a rappist (SIC) and child molester. I spat on that paper since paper was addressed to me and I spat on that paper. Since the paper was addressed to me, the Guard, Daniel Walters, took exception to this act and attacked me, busting my upper lip inside of my mouth, striking twice 2 times. I had no intention fighting with this offic-

Even though I sued him Correction Officer Daniel Walters have been served by the U.S. Department of Justice United States Marshals service Northern District of New York.
I have no intention of violating that CPL 730.20 Subdivision (1)
I have already told this officer I sued him, So Had a motive to attack me. My lip was busted up pretty bad it was the upper left side upper cheek inside of my mouth. Surely this assault
I had 6 days left on the sentence.
Surely McMillian is under imminent danger of Serious Physical injury and the officer refused me medical attention I asked the sergeant at the messhall and the sergeant in the Block they both refused me medical attention. It is easy to see that they are all turned against me so I must resign myself to filing my lawsuits about what happened to me.
The Guard have no evidence to support his allegation inregard to those charges unsupported with any Evidence.
This Guard calls me all of these names unsupported with any evidence what so ever.

Prose
By Herman Carlee McMillian

Merit

Privilege against self-incrimination criminal law. A right against self-incrimination criminal law. A criminal Defendants Rights not to be asked any questions by the judge or prosecution unless the defendant chooses to testify also termed right not to be questioned

According to the rule neither the judge nor the prosecution is intitled at any stage to question the accused unless he chooses to give evidence.... This rule may be called ~~unless~~ ~~be~~ the accuseds right not to be question, in America it is termed the privilege against Self incrimination. The latter expression is more apt as the name for another rule. The privilege of any witness to refuse to answer an incriminating question this is different from the rule under discussion which applying only to persons accused of Crime prevents the question from being asked The person Charged with a crime has not merely the liberty to refuse to answer A question incriminating himself he is spared even the embarrassment of being asked the question Glanville Williams The proof of Guilty 37-38 (3d Ed) (1963)

Judicial Evidence
Mental Health Record
CPL Article 730.20. Subdivision I

(1) (2) (3) The record amply supports the courts determination that defendant is not A Dangerous Violent incompacitated criminal person. A Dangerous Violent criminal who has either committed a violent crime against any person and McMillian have not committed any Crime against any person. A category of criminal offense in which the perpetrator uses or threatens the use of Force. Example include Murder, rape, aggravated assault and robbery also termed Crimes against persons. C.f. Offense (I) McMillian is not an incapacitated person who is impaired by an intoxicant by mental illness or deficiency or by Physical illness or disability to [illegible] the extent that personal decision making is impossible. Therefore McMillian is not a incapacitated person. Therefore There is no reasonable cause for the court to credibly believe that McMillian committed charged Felony (People V. Robustelli 189 A.D. 2d 668, 672 N.Y.S. 2d 777, 675 N.E. 2d 234) Properly accepted the conclusions of the Psychiatrist who evaluated defendant at great length in a hospital setting!



Defendants irrational refusal to cooperate with the attorney at various stages of the proceeding SEE 148 Misc, 2d 738, 566, 96, N.Y.S. 2d 512 did not establish incompetency to stand trial (SEE People V, Sullivan 48 A.D. 2d 399 409, 369 N.Y.S. 2d 903, 386 N.Y. 2d 378, 352 N.E. 2d 586

[4] The competency hearing was not procedurally defective. The initial examination by two psychiatrist complied with the requirement of CPL 730.20 Subdivision (1) and the hearing Court after honoring defendants right to call an expert Witness at the hearing had, discretion to deny, on grounds of unreasonable delay examination by yet another (SEE. People V. Christopher 65 N.Y. 2d 417, 425, 492 N.Y.S. 2d 566, 482 N.E. 2d 45)

(The sentence runs out this year)
An Injunctive relief is on the interrogatory And I demand my release From prison at once this time because The states Has NO Evidence to support the charges except for The Article 730.20 Subdivision (1) And it shows that there is no reasonable cause to believe that the defendant Committed the charged felony Respectfully Submitted,

[illegible] Esq
[illegible]
Attorney General of the State of New York
[illegible] Broadway
New York, N.Y. [illegible]

Copy of Petition [illegible] successive [illegible] served
on [illegible] Sept 24 2007

Medical Evidence of Mental Health Record Judical Evidence

At the county court of the of new York located utica new York on the 8th of may 2012

State of new York
county court county oneida

In the matter of commitment, Socially exceptable name Social Security Admin-istration Claim number name is Herman carlee McMillion (4950) (AKA) Commitment name only is Herman [illegible] McMillian it is a Socially unexceptable name without a Social Security claim number

Against

A Patient Admitted to central new York Psychiatric Center

Certified copy

Release Order

M H NO: 12-0311

The above named patient now hospitalized Pursuant to Article 9 of the mental Hygiene law and an application dated 4/30/12 for the Patients Commitment having made by the Director of the above n[illegible] hospital Pursuant correctional law and a Request for a hearing having bee[n] and a hearing having been held

on the 8th day of may, 2012, and testimony having been received of Patients treating Psychiatrist, AND the patient having appeared by mental Hygiene legal Service Fourth Judicial Department Emmett J. Creahan Director, by Elizabeth S. Fortino ASSOCIATE ATTORNEY and the ABOVE-NAMED hospital having appeared by the office of the the new York State Attorney General Eric T. SChneiderman Ryan W. Hickey ASSISTANT ATTORNEY General, AND it Appearing to my satisfaction that the patient is not mentally ill that essential For said Patients Welfare and said Patients judgment is not so impaired that said patient is unable to understand the need for such care and a danger to himself for others and due deliberation thereon having been held: it is hereby

ORDERED: that, the continued commitment of the Patient is hereby denied and that the patient shall be released from the above named Hospital Forthwith

FileD Oneida County AM: 10: 11
orDereD that the Court record of this proceeding shall be sealed by the Oneida County Clerks office and will only Available to the Parties in this Proceeding or upon Further

ORIGINAL

# CIVIL RIGHTS COMPLAINT
## 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------x

Herman Carlee McMillian
Full name of plaintiff/prisoner ID#

Plaintiff,

JURY DEMAND
YES ✓ NO ______

-against-

Superintendent Harold Graham, Correctional Officer Daniel, District Attorney Robert Thomas Johnson, one through 10 Correction officers John does,

Enter full names of defendants
[Make sure those listed above are identical to those listed in Part III.]

Defendants.

---------------------------------------------------x

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ APR 13 2016 ★
BROOKLYN OFFICE

I. Previous Lawsuits:

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes (✓) No ( )

B. If your answer to A is yes, describe each lawsuit in the space below (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiffs: Herman Carlee McMillian

Defendants: Superintendent Harold Graham, Correctional Daniel Walters, District attorney Robert thomas Johnson, one through 10 John doe Correction Officers

2. Court (if federal court, name the district; northern District if state court, name the county) northern District

3. Docket Number: 9:15-CIV-01303 9:15-CIV-00241

Judge Gary L. Sharpe

4. Name of the Judge to whom case was assigned: Chief Judge Glenn T. Suddaby

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?)
Both cases Pending

6. Approximate date of filing lawsuit: Jan 21, 2015

7. Approximate date of disposition: Oct 2, 2015

II. Place of Present Confinement: Auburn correctional Facility P.O. Box 618 Auburn new York. 13024

A. Is there a prisoner grievance procedure in this institution? Yes ( ) No ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes (✓) No ( )

C. If your answer is YES,

1. What steps did you take? I complained to the superintendent He rides rough shoulder over my Habeas Carpus

2. What was the result? No result

D. If your answer is NO, explain why not they are still saying I am guilty in which I am not. They have no evidence to support the charge

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No ( )

F. If your answer is YES,

1. What steps did you take? I Filed lawsuit

2. What was the result? Case is Pending with the court For now.

III. Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff Herman Carlee McMilliam

Address P.O. Box 618 AuBurn new York 13024

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1 Superintendent Harold Graham
AuBurn correctional Facility
AuBurn new York 13024

Defendant No. 2 Correctional officer Daniel Walters
AuBurn Correctional Facility
AuBurn new York 13024

Defendant No. 3 District Robert Thomas Johnson
AuBurn correctional Facility
AuBurn new York 13024

Defendant No. 4

Defendant No. 5

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

## IV. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

On or about Jan 28, 2016, 10:45 AM The Guard Daniel Walters ran up into my cell an attacked me i absolutely did not fight back because of my CPL Article 730.20 subdivision (1) This is (Judicial Evidence) it shows an proves there is no reasonable cause for the court to believe McMillian Committed the charged felony and it shows that that I am innocent of the crime New York State accuse me of December 5, 1890 And I AM NOT LOOKING for a new new charge for attacking any person and the fact that don't need more trouble The correction Department is denying medical attention the keep my lights off of the time They refuse to wash my cloths I must wash them my self This looks like case like Jon Burge case in Chicago However at one point I did not have the proper name for my Attacker in time the state District attorney Produced me the proper name for In which is Daniel

IV.A If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Walters, When I was assaulted by correction officers Daniel Walters in relation and regard to the C.P.L Article 730.20 Subdivision (1) number one (1) It proves two Material facts For purposes of (Judicial Evidence) that McMillian is not a (violent dangerous incapacitated criminal person

Now on the other hand it shows and proves that McMillian was assaulted by correction officer Daniel Walters Why is not the question The question is did this officer assault McMillian? like unto Jon Burge Captain Commander in Chicago who had his men under his command torture confession from Black African American suspects in Chicago and Jon Burge was found Guilty of lieing about torture He ever saw. Jon Burge was fired by police review Board in Chicago After being fired from the force and did Federal time in prison While being released from a Halfway house in Chicago in 2015 Jon Burge did nearly 4 years in Federal prison Why did this correction officer assault me,?

I can only think torture!

Because the officer kept saying McMillian is Guilty as Charge unsupport with Evidence! There is several reasons Why this officer ran up into the cell and attacked McMillian The question is, is this a violation of the law of McMillian's constitutional rights result A Fifth amendment violation

What I understand is that this Happened on or about 10:45 AM Jan 28, 2016 Thursday morning I was attacked in auburn correctional facility I was attacked by correction officer Daniel Walters because He brought this paper sent by the Department of parole. And I took the Fifth amendment in front of the Board of parole. so I am not even doing parole because one must pusue parole. And I have not pusued parole because I have pleaded innocence in front of the Parole Board and innocence in front of the entire quasi Judicial Administration

V. Relief:

State what relief you are seeking if you prevail on your complaint.

As to All violation an Award of compensatory damages against The State of new York Department of correction and its officials correction and Superintendent Harold Graham they are sued in their official and indiviual capacity including District Attorney Robert Thomas Johnson if possible In an Amount of 777,000,000,000.000.00 Gold dollars Plus the cost and disbursement of this action including Attorney Fee Pursuant to 42 USC Section 1,983 other relief for mr Milliam which to the court is just and Proper.

I declare under penalty of perjury that on ________________, I delivered this
(Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this ________ day of ____________________, 20___. I declare under penalty of perjury that the foregoing is true and correct.

______________________________
Signature of Plaintiff

______________________________
Name of Prison Facility

______________________________

______________________________

______________________________
Address

______________________________
Prisoner ID#